Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletree.com
Elody C. Tignor
Nevada Bar No. 15663
elody.tignor@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Las Vegas-CJD, LLC DBA Sahara Chrysler Dodge Ram*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SHAWNA CHRISTION, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS-CJD, LLC, A LIMITED LIABILITY COMPANY DOING BUSINESS AS SAHARA CHRYSLER DODGE RAM, AND DOES 1-50, INCLUSIVE,<br><br>Defendants. | Case No. 2:23-cv-00414-APG-VCF<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S SECOND AND FOURTH CAUSES OF ACTION IN PLAINTIFF'S COMPLAINT** |

In accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure and Local Rule LR IA 6-2, Defendant Las Vegas-CJD, LLC DBA Sahara Dodge Ram ("Defendant") and Plaintiff Shawna Christion ("Plaintiff") by and through their respective undersigned counsel of record, HEREBY STIPULATE AND AGREE:

1. Plaintiff's Second Cause of Action for Retaliation be dismissed with prejudice;

2. Plaintiff's Fourth Cause of Action for Tortious Discharge be dismissed with prejudice;

3. Defendant hereby withdraws its Motion for Partial Dismissal of Plaintiff's Second and Fourth Causes of Action (ECF No. 9) as it is now moot; and

4. Defendant will file an Answer to Plaintiff's Complaint within 21 days of the Court granting this Order.

Each party is to bear their own fees and costs; however, nothing in this dismissal shall limit or constrain the right of either Plaintiff or Defendant to recover attorney's fees or costs to the extent the law allows the same.

| | |
|---|---|
| DATED this 13th day of April, 2023. | DATED this 13th day of April, 2023. |
| BAIN MAZZA & DEBSKI LLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C. |
| /s/ *Kathryn L. Bain* | /s/ *Elody C. Tignor* |
| Kathryn L. Bain<br>Nevada Bar No. 15496<br>10300 W. Charleston Blvd., Ste. 13-191<br>Las Vegas, NV 89135<br>Telephone: 702.919.1090<br>*Attorney for Plaintiff Shawna Christion* | Anthony L. Martin<br>Nevada Bar No. 8177<br>Elody C. Tignor<br>Nevada Bar No. 15663<br>10801 W. Charleston Blvd.<br>Suite 500<br>Las Vegas, NV 89135<br>Telephone: 702.369.6800<br>Fax: 702.369.6888<br><br>*Attorneys for Defendant Las Vegas-CJD, LLC DBA Sahara Chrysler Dodge Ram* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 18, 2023

2