Kathryn L. Bain, State Bar No. 15496
BAIN MAZZA & DEBSKI LLP
10300 W. Charleston Blvd., Ste. 13-191
Las Vegas, NV 89135
Telephone: (702) 919-1090
Fax: (650) 763-3933
kbain@bmdlegal.com

Attorneys for Plaintiff
SHAWNA CHRISTION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHAWNA CHRISTION, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS-CJD, LLC, a limited liability company doing business as SAHARA CHRYSLER DODGE RAM, and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 2:23-cv-414-APG-VCF <br><br> **STIPULATION AND REQUEST FOR DISMISSAL OF ENTIRE ACTION AND ORDER** |

-2-

IT IS HEREBY STIPULATED AND REQUESTED by and between the parties hereto through their respective attorneys of record that this entire action be DISMISSED WITH PREJUDICE, each side bearing its own costs and attorneys' fees, except as otherwise provided in the parties' settlement agreement.

Dated: August 11, 2023

BAIN MAZZA & DEBSKI LLP

/s/
_____
Kathryn L. Bain
Nevada Bar No. 15496
10300 W. Charleston Blvd., Ste. 13-191
Las Vegas, NV 89135
Telephone: 702.919.1090
*Attorney for Plaintiff Shawna Christion*

Dated: August 11, 2023

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/
_____
Anthony L. Martin
Nevada Bar No. 8177
Elody C. Tignor
Nevada Bar No. 15663
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone:  702.369.6800
Fax:  702.369.6888
*Attorneys for Defendant Las Vegas-CJD, LLC DBA Sahara Chrysler Dodge Ram*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

August 14, 2023
_____
DATE